Dismissed and Memorandum Opinion filed February 25, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00859-CV

____________

 

SERVICE STEEL WAREHOUSE CO., L.P., Appellant

 

V.

 

SAMUEL F. EAKIN, Appellee

 



 

On Appeal from the
234th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-65337

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from an order sustaining appellee’s special appearance signed September
23, 2009. On February 10, 2010, appellant filed a motion to dismiss the appeal.
See Tex. R. App. P. 42.1.
The motion is granted. 

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Anderson and Christopher.